IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EVELINE MCCOMBS, individually, and
on behalf of all others similarly situated,

    Plaintiff,

v.                                                  Case No. 1:22-cv-00662-MLG-KK

DELTA GROUP ELECTRONICS, INC.,

    Defendant.

## JUDGMENT

This matter came before the Court upon Defendant Delta Group Electronics Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint and Memorandum Brief in Support, filed January 13, 2023. Doc. 15. The Court having entered its Order granting the motion to dismiss (Doc. 31),

It is therefore ordered and adjudged that all claims and causes are dismissed without prejudice, thus disposing of this case in its entirety pursuant to Federal Rule of Civil Procedure 58.

                                                                       MATTHEW L. GARCIA
                                                                       UNITED STATES DISTRICT JUDGE